EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 4 2005

at 2 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00185 JMS |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| v. | ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)] |
| KAVEKINI NARABE,      (1) | ) | |
| CARMEN FREEMAN,      (2) | ) | |
| Defendants. | ) | |

FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

Count 1

Beginning at a date unknown and continuing up to and

including April 25, 2005, in the District of Hawaii, and

elsewhere, defendants, KAVEKINI NARABE ("NARABE") and CARMEN

FREEMAN ("FREEMAN"), did knowingly and intentionally combine,


SCANNED

conspire, confederate and agree together with Henry Roe, charged elsewhere, and others, known and unknown, to distribute and possess, with intent to distribute, 50 grams or more, to wit: approximately 6,194 grams, of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Sections 846, 841(a)(1) & (b)(1)(A).

OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following acts, among others, were committed within the District of Hawaii, and elsewhere:

1.    On or about April 21, 2005, Henry Roe packed approximately seven (7) pounds of methamphetamine into one box and another seven (7) pounds of methamphetamine into a second box and mailed them by Express Mail from Las Vegas, Nevada to Honolulu, Hawaii.  One box (Parcel #1) was addressed to "Cavvi Matthews" at 1982 Kalakaua Avenue, Apt. C, Honolulu, Hawaii 96815.   The other box (Parcel #2) was addressed to "Karma Swanson" at 2627 Nakookoo Street, #6, Honolulu, Hawaii 96824.

2.    On or about April 25, 2005, Defendant NARABE identified himself as "Cavvi Matthews" to an undercover agent posing as a U.S. Postal Service letter carrier and accepted delivery of Parcel #1 at 1982 Kalakaua Avenue, Apartment C.  NARABE signed "Cavvi Matthews" on a U.S.

Postal delivery slip and took the parcel inside the apartment.

3.  On or about April 25, 2005, Defendant FREEMAN arrived at 2627 Nakookoo Street, Apartment #6 and picked up Parcel #2, which had been accepted by her mother earlier in the day and left on a desk outside the door of the apartment, and took it inside the apartment.

4.  On or about April 25, 2005, NARABE left his apartment at 1982 Kalakaua Avenue carrying the "inner box" of Parcel #1 and walked toward the parking lot of Tony Roma's restaurant located next door.  A Nissan Sentra driven by Henry Roe pulled up next to NARABE.  The vehicle's trunk popped open and NARABE attempted to fit the box into the Sentra's trunk.  Henry Roe then exited the driver's seat and assisted NARABE in placing the box into the trunk.

5.  NARABE and Henry Roe then drove to FREEMAN's place of employment at Magoo's Pizza at Puck's Alley.  NARABE exited the vehicle and entered Magoo's Pizza where he asked FREEMAN about Parcel #2.  Defendant FREEMAN told NARABE that Parcel #2 was at her residence and that he could pick it up there.

6.  NARABE left Magoo's Pizza and got into the Nissan Sentra driven by Henry Roe.  The two then traveled to Nakookoo Street and stopped suddenly in front of 2627 Nakookoo Street, the same address where Parcel #2 had

been delivered.  NARABE opened the passenger door of
the vehicle and began to step out of it when he
abruptly re-entered the car and closed the door.  The
Nissan then pulled away from 2627 Nakookoo Street and
began driving in a manner indicative of someone
conducting counter surveillance.

All in violation of Title 21, United States Code, Section 846.


## Count 2

On or about April 25, 2005, in the District of Hawaii,
defendant, KAVEKINI NARABE, did knowingly and intentionally
attempt to possess, with intent to distribute, 50 grams or more,
to wit: approximately 6,194 grams, of methamphetamine, its salts,
isomers and salts of its isomers, a Schedule II controlled
substance.

All in violation of Title 21, United States Code,
Section 841(a)(1) and (b)(1)(A).



///


///


///


///


4

Count 3

On or about April 25, 2005, in the District of Hawaii, defendant, CARMEN FREEMAN, did knowingly and intentionally attempt to possess, with intent to distribute, 50 grams or more, to wit: approximately 3,117 grams, of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

Dated:  August 24, 2005, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Kavekini Narabe & Carmen Freeman
First Superseding Indictment
CR. No. 05-00185 JMS

5