ORIGINAL

UNITED STATES DISTRICT COURT
for the
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 2 o'clock and 55 min P M
SUE BEITIA, CLERK

U.S.A. vs. CARMEN FREEMAN                    CRIMINAL NO. 05-00185JMS-02

Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant CARMEN FREEMAN, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since August 30, 2005. The current conditions of pretrial release are as follows: a $25,000 unsecured bond co-signed by Cecelia Freeman and:

1. The defendant is placed in the Third Party Custodianship of: Cecilia Freeman, at 2627 Nakookoo Street, Apt. 6, Honolulu, HI 96826.
2. (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.
3. (7c) Maintain or actively seek employment, as directed by Pretrial Services.
4. (7g2) Do not apply for/obtain a passport.
5. (7h1) Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.
6. (7i) Do not change residence without the advance approval of Pretrial Services.
7. (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.
8. (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.
9. (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond.
10. (7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.
11. (7v2) Submit to drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.
12. (7w1) Submit to alcohol detection testing as approved by Pretrial Services.
13. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

U.S.A. vs. CARMEN FREEMAN
CRIMINAL NO. 05-00185JMS-02
Petition for Action on Conditions of Pretrial Release

January 3, 2006
Page 2 of 2

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. Failing to report for substance abuse treatment class on December 18 and 28, 2005, in violation of Special Condition No. 11.

2. Failing to report for scheduled drug tests on December 16 and 17, 2005, in violation of Special Condition No. 11.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked. The defendant's last known address is: 2615 Kaaaha Street #8, Honolulu, HI 96826.

ORDER OF COURT

Considered and ordered this 3rd day of January, 2006 and ordered filed and made a part of the records in the above case.

_____
LESLIE E. KOBAYASHI
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 3, 2006

_____
ALISON G.K. THOM
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii