ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. CARMEN FREEMAN                    CRIMINAL NO. 05-00185JMS-02

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant CARMEN FREEMAN, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since August 30, 2005. The current conditions of pretrial release are as follows:

REFER TO BAIL VIOLATION REPORT

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. Failing to report for substance abuse treatment class on December 18 and 28, 2005, in violation of Special Condition No. 11.

2. Failing to report for scheduled drug tests on December 16 and 17, 2005, in violation of Special Condition No. 11.

3. Submitting a urine specimen on December 27, 2005, that resulted positive for amphetamine and methamphetamine, in violation of Special Condition No. 10.

PRAYING THAT THE COURT WILL ORDER the violations be addressed at the Order to Show Cause Hearing set on January 9, 2006.

U.S.A. vs. CARMEN FREEMAN
CRIMINAL NO. 05-00185JMS-02
Amended Petition for Action on Conditions of Pretrial Release

January 9, 2006
Page 2 of 2

ORDER OF COURT

Considered and ordered this 9th day of January, 2006 and ordered filed and made a part of the records in the above case.

*Leslie E. Kobayashi* (signature)
LESLIE E. KOBAYASHI
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 9, 2006

(signature)
ALISON G.K. THOM
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii