# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00185JMS-02 |
| CASE NAME: | United States of America vs. Carmen Freeman |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | Clayton K. Kimoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 2/6/2006 | TIME: | 3:05 - 3:25 |

COURT ACTION:  Status Conference:

Defendant present with counsel Clayton Kimoto.

Judge Seabright disclosed that he was employed at the U. S. Attorney's Office until May 16, 2005.  Judge Seabright explained Canon 3 (C) (1) and 3 ( C)  (1) (e) of the Code of Conduct for United States Judges and 28 U.S.C. Section 455. Judge Seabright disclosed that he reviewed the entire case file in this matter and had no recollection, and did not believe, that he had contact with or participated in this matter while employed at the U. S. Attorney's Office.  Assistant U. S. Attorney Mark Inciong confirmed that Judge Seabright did not participate in this matter while employed at the U. S. Attorney's Office.  Counsel for defendant Clayton Kimoto and defendant stated that they had  objection to Judge Seabright presiding over this matter.

Mr. Kimoto to file a motion by the close of business February 13, 2006.  Mr. Inciong to reply by February 17, 2006.

Further status conference continued to Wednesday, February 22, 2006 at 11:00 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager