ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at ____ o'clock and ____ min. __M
SUE BEITIA, CLERK

LODGED
FEB 28 2006 3pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARMEN FREEMAN,          (2)<br><br>Defendant. | CR. NO. 05-00185-02 JMS<br><br>STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME<br><br>OLD TRIAL DATE: 02/22/06<br>NEW TRIAL DATE: 03/29/06 |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for February 22, 2006, be continued to March 29, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright.  Final Pretrial Conferences are set for February 27, 2006 at 10:00 a.m. before Magistrate Judge Kevin S.C. Chang, and March 28, 2006 at 8:30 a.m.

The reason for the continuance is so that all parties may have adequate time to prepare for trial and so that defense counsel may confer with his client and exercise due diligence so that he can effectively represent his client. Additionally, the parties will continue to attempt to negotiate a resolution of the matter short of a trial. The Government joins in the request for a continuance.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning February 22, 2006, to and including March 29, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, _____.

                                              EDWARD H. KUBO, JR.
                                              United States Attorney
                                              District of Hawaii

By _____
   MARK A. INCIONG
   Assistant U.S. Attorney


_____
CLAYTON KIMOTO, ESQ.
Attorney for Defendant (2)
CARMEN FREEMAN


IT IS SO APPROVED AND ORDERED:

FEB 2 8 2006

DATED this _____ day of February, 2006
at Honolulu, Hawaii.


_____
HONORABLE J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE


<u>United States v. Carmen Freeman</u>
Cr. No. 05-00185-02 JMS
"Stipulation and Order Continuing
Trial and to Exclude Time"

3