# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIMINAL 05-00185JMS-02

CASE NAME:        United States of America vs. Carmen Freeman

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   Clayton K. Kimoto

INTERPRETER:

| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
|---|---|---|---|
| DATE: | 3/10/2006 | TIME: | 11:15 - 12:10 |

COURT ACTION:  Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present with counsel Clayton Kimoto.

Defendant sworn.  Questioned by Court.

Advised of her constitutional rights, provisions of the Sentencing Guidelines.

Court read the indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Mr. Inciong recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Mr. Inciong summarized the government's evidence against the defendant.
The defendant admitted her involvement in this case.

Guilty plea entered to Count 1 of the Second Superseding Indictment.  Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing set for Monday, July 17, 2006 at 1:30 p.m. before the Honorable J. Michael Seabright.

Bail: Ordered that defendant remain on bail under the same terms and conditions as previously imposed by Magistrate Judge.
Submitted by:  Dottie Miwa, Courtroom Manager

Case 1:05-cr-00185-JMS    Document 68    Filed 03/06/2006    Page 2 of 2