CLAYTON KIMOTO #4791
PACIFIC GUARDIAN CENTER, MAKAI TOWER
733 BISHOP STREET, SUITE 2302
HONOLULU, HAWAII 96813
TELEPHONE: 536-4458
FAX:         536-4988
E-MAIL: ckimoto@hawaii.rr.com

ATTORNEY FOR DEFENDANT
CARMEN FREEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00185-02 JMS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO ADD A CONDITION TO DEFENDANT'S PRETRIAL BAIL |
| VS. | ) ) | RELEASE |
| CARMEN FREEMAN,    (2) Defendant. | ) ) ) ) ) ) ) ) ) | |

**STIPULATION TO ADD A CONDITION TO DEFENDANT'S
PRETRIAL BAIL RELEASE**

Defendant Carmen Freeman, by and through her attorney Clayton Kimoto and Mark Inciong, Assistant United States Attorney, on behalf of the United States of America, hereby agree and stipulate and ask the Court to add a condition to Defendant's pretrial bail release..

ORIGINAL

The stipulation is requested by counsel Clayton Kimoto at the request of pretrial services officer Alison Thom. On Friday, April 28, 2006, Ms. Thom called counsel and requested the following condition be added to Defendant's pretrial bail release: **"Comply with mental health services as directed by Pretrial Services including any prescribed medication."**

IT IS SO STIPULATED AND AGREED:

DATED: Honolulu, Hawai'i, 5-1-06

MARK INCIONG
Assistant U.S. Attorney

CLAYTON KIMOTO
Attorney for Defendant
CARMEN FREEMAN

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, MAY 0 2 2006

MICHAEL SEABRIGHT
United States District Court Judge
District of Hawaii