cc: jms

Carmen Freeman
2615 Kaaha St #8
Hon, Hi 96826
(808) 723-4669
ckfuraqt@aol.com

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 02 2006

at 2 o'clock and 29 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

United States of America
       plaintiff
vs.

Carmen Freeman
       defendant

Case # CR-05-00185JMS-02

Motion for a new trial.

I Carmen Freeman acting on my own behalf is notifying that on June 02, 2006 the defendant will move the United States District Court, which is located at 300 Ala Moana Blvd., city and county of Honolulu, Hawaii, to set the above entitled action for new trial on grounds of ineffective defence. Said motion will be based upon issues of facts that exist in records of said case.

June 02, 2006                Carmen Freeman