# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00185JMS

CASE NAME: USA v. (02) Carmen Freeman

ATTYS FOR PLA: Mark A. Inciong

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Barry M. Kurren          REPORTER:

DATE: 6/9/2006                  TIME:

COURT ACTION:  EO:  Status Conference Re Counsel and Motion for New Trial as to (02) Carmen Freeman continued from 6/9/06 to 6/13/06 @ 11 a.m. before Magistrate Judge Barry M. Kurren. Defendant present on bail.

Clayton Kimoto not present.

cc: Clayton Kimoto

Submitted by Richlyn Young, Courtroom Manager