# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/13/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**     CR 05-00185JMS

**CASE NAME:**       USA v. (02) Carmen Freeman

**ATTYS FOR PLA:**   Mark A. Inciong

**ATTYS FOR DEFT:**  (02) Clayton K. Kimoto

**INTERPRETER:**

| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
|--------|-----------------|-----------|-----|
| DATE:  | 6/13/2006       | TIME:     | 11:01 - 11:03<br>3:07 - 3:12 |

COURT ACTION:   EP: Status Conference Re Counsel and Motion for New Trial as to (02) Carmen Freeman  - deft present on bail.

Deft's Oral Request for New Counsel GRANTED.  Deft will retain counsel.  Status Conference Re New Counsel set for 6-19-06 @ 11 a.m., BMK.

Motion for New Trial will be taken up with new counsel.

Submitted by Richlyn Young, courtroom manager