# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00185JMS

CASE NAME:     USA v. (02) Carmen Freeman

ATTYS FOR PLA:     Mark A. Inciong

ATTYS FOR DEFT:     (02) Clayton K. Kimoto

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 6/19/2006 | TIME: | 11 - 11L02 |

COURT ACTION:  EP: Status Conference on Retained Counsel as to (02) Carmen Freeman - deft present on bail.

At defendant's request, Further Status Conference on Retained Counsel continued to 6-23-06 @ 1 p.m., BMK.  Clayton Kimoto need not appear.

Submitted by Richlyn Young, Courtroom Manager