# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00185JMS

CASE NAME: USA v. (02) Carmen Freeman

ATTYS FOR PLA: Susan Cushman for Mark Inciong

ATTYS FOR DEFT: Frank M. Fernandez (retained)

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 6/23/2006 | TIME: | 1:03 - 1:05 |

COURT ACTION: EP: Further Status Conference on Retained Counsel as to (02) Carmen Freeman - deft present on bail.

Frank M. Fernandez made appearance as retained counsel.
Withdrawal and Substitution of Counsel to be prepared.

Submitted by Richlyn Young, Courtroom Manager