ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

FRANK M. FERNANDEZ #4219
1270 Queen Emma St. Suite #706-B
Honolulu, Hawaii 96813
(808) 585-6111

Attorney for Defendant
CARMEN FREEMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Cr. No.05-00185 JMS -02 |
| | ) |
| Plaintiff | ) MOTION TO WITHDRAW GUILTY |
| | ) PLEA;DECLARATION OF COUNSEL; |
| vs. | ) NOTICE OF MOTION; CERTIFICATE |
| | ) OF SERVICE |
| CARMEN FREEMAN | ) |
| | ) DATE:August 4,2006 |
| Defendant | )TIME:9:30a.m. |
| | )JUDGE:Michael Seabright |

## MOTION TO WITHDRAW GUILTY PLEA

COMES NOW, Attorney FRANK M. FERNANDEZ, on behalf of Defendant CARMEN

FREEMAN, and hereby moves ther Honorable Court to hear her Motion to Withdraw Guilty Plea.

This Motion is based upon the attached declaration of counsel.

DATED: Honolulu, Hawaii, July 12, 2006.

FRANK M. FERNANDEZ
Attorney for Defendant
CARMEN FREEMAN