FRANK M. FERNANDEZ #4219
1270 Queen Emma St. Ste.706
Honolulu, Hawaii 96813

Attorney for Defendant
CARMEN FREEMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr.No. 06-00185 JMS |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CARMEN FREEMAN | ) |
| | ) DECLARATION OF COUNSEL |
| Defendant | ) |
| _____ | ) |

## <u>DECLARATION OF COUNSEL</u>

I , FRANK M. FERNANDEZ, hereby declares as follows:

1. That I am an Attorney licensed to practice law within the State of
   Hawaii:

2. That I am the Attorney for the above named Defendant in ther case;

3. That the Defendant CARMEN FREEMAN at first reluctantly pleaded
   guilty thinking that it would be in her favor to fight it rather than be
   convicted of something that she did not knowingly do.

4.  That Defendant CARMEN FREEMAN also felt that her former Public
    Defender Clayton Kimoto made it seem that pleading was the best
    thing to do;

5.  That Defendant CARMEN FREEMAN believed that she should try to
    fight instead of being sentenced for something that the other co-
    defendant in ther case Kavekini Narabe was supposed to be convicted
    of;

6.  That your Declarant brings ther Motion in Good Faith;

7.  That your Declarant respectfully requests that ther Court grant ther
    Motion.

    DATED: Honolulu, Hawaii, July 12, 2006.

                                        _____
                                        FRANK M. FERNANDEZ
                                        Attorney for Defendant
                                        CARMEN FREEMAN