## NOTICE OF MOTION

TO: Edward H. Kubo, Jr. #2499
United States Attorney

Florence T. Nakakuni #2286
Chief, Narcotics Section

Mark A. Inciong   CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Bldg., Room 6-100
Honolulu, HI 96850

Honorable Michael Seabright
PJKK Federal Building
300 Ala Moana Blvd. Rm. 6100
Honolulu, HI 96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Michael Seabright, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, or as soon as counsel may be heard.