## CERTIFICATE OF SERVICE

I, FRANK M. FERNANDEZ, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following:

Honorable Michael Seabright
PJKK Federal Building
300 Ala Moana Blvd. Rm.6100
Honolulu, Hawaii 96813

Mark A. Inciong CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd. Room 6-100
Honolulu, Hawaii 96850

Florence T. Nakakuni #2286
Chief, Narcotics Section

Edward H. Kubo, Jr. #2499
United States Attorney
District of Hawaii

DATED: Honolulu, Hawaii, _____7/13_____, 2006.

FRANK M. FERNANDEZ
Attorney for Defendant
CARMEN FREEMAN