FRANK M. FERNANDEZ #4219
1270 Queen Emma St.Ste.#706
Honolulu, Hawaii 96813
(808) 585-6111

Substituting Attorney for Defendant
CARMEN FREEMAN

## IN THE UNITED STATES DISTRICT CIRCUIT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr.No.05-00185 JMS |
| | ) |
| | ) COUNT I: Conspiracy to distribute and |
| Plaintiff | ) possess, with intent to distribute, |
| | ) methamphetamine, a Schedule II |
| | ) controlled substance |
| | ) |
| vs | ) COUNT II: Attempt to possess, with intent |
| | ) to distribute, methamphetamine, a |
| | ) Schedule II controlled substance |
| | ) |
| | )STIPULATION TO WITHDRAW AS |
| CARMEN FREEMAN | )COUNSEL FOR DEFENDANT AND |
| | )THE SUBSTITUTION OF NEW |
| | )COUNSEL FOR DEFENDANT MARIA |
| | )D. BARNES; CERTIFICATE OF |
| | )SERVICE |
| Defendant | ) |
| | ) |

### STIPULATION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND THE SUBSTITUTION OF NEW COUNSEL FOR CARMEN FREEMAN

COMES NOW, Defendant CARMEN FREEMAN, by and through her Attorney FRANK M.FERNANDEZ , Esq. hereby stipulate and agree that the Court appointed attorney CLAYTON KIMOTO shall withdraw as counsel of record and FRANK M. FERNANDEZ enters his appearance as substitute counsel for CARMEN FREEMAN in the above-captioned matter.

DATED: Honolulu, Hawaii, _____ 7/5 _____, 2006.

APPROVED AND SO STIPULATED

_____
CLAYTON KIMOTO
Present Counsel for CARMEN FREEMAN

APPROVED AND SO STIPULATED

_____
CARMEN FREEMAN, Defendant

APPROVED AND SO STIPULATED

_____
FRANK M. FERNANDEZ
Substituting attorney for CARMEN FREEMAN

APPROVED AND SO ORDERED

_____
Judge of the Above-entitled Court

U.S.A. vs. CARMEN FREEMAN, et al., CR.NO. 05-00185 JMS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following parties by personal service at the following addresses as set forth below:

MARK A. INCIONG CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

CLAYTON KIMOTO
Pacific Guardian Center, Makai Twr.
733 Bishop Street, Ste.#2302
Honolulu, HI 96813

Honorable Barry M. Kurren
U.S. District Court
Magistrate Judge
300 Ala Moana Blvd. Rm. C-229
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii _____7/8_____, 2006.

FRANK M. FERNANDEZ
Substituting Attorney for
CARMEN FREEMAN