EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARMEN FREEMAN,<br><br>Defendants. | ) | CR. NO. 05-00185 JMS<br><br>UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA; CERTIFICATE OF SERVICE<br><br>Date: 08/14/06<br>Time: 10:30 a.m.<br>Judge: Honorable J. Michael Seabright |

**UNITED STATES OF AMERICA'S RESPONSE AND OPPOSITION TO**
**DEFENDANT'S MOTION TO WITHDRAW HER GUILTY PLEA**

COMES NOW the United States of America, by and through Edward H. Kubo, Jr., United States Attorney, and Mark A. Inciong, Assistant United States Attorney, and hereby files its response and opposition to Defendant's motion to withdraw her guilty plea. Said response is based upon the files and records of this case, together with the attached statement and argument.

## I

## STATEMENT OF THE CASE

On March 6, 2006, Defendant, Carmen Freeman, appeared before this Court and entered a guilty plea, pursuant to a plea agreement, to Count 1 of the Second Superseding Indictment in this matter. This Court found Defendant's plea to be knowing, voluntary and intelligent, ordered that a presentence report be prepared and set a sentencing date of July 17, 2006.

On July 14, 2006, after filing a sentencing statement, Defendant fired her previous attorney, Clayton Kimoto, Esq. Defendant then filed a motion to withdraw her guilty plea through her new counsel, Frank Fernandez, Esq. A hearing on that motion is scheduled for August 15, 2006, at 10:30 a.m.

## II

## ARGUMENT

The United States objects to Defendant's request to withdraw her guilty plea. The Defendant entered into a plea agreement with the Government and pled guilty, pursuant to that agreement, on March 6, 2006. This Court found her guilty plea to be knowing, intelligent and voluntary on that date. There is no basis for withdrawal of Defendant's guilty plea and to do so would constitute a breach of her plea agreement.

Similarly, Defendant's motion to withdraw her guilty plea provides no basis whatsoever to justify a withdrawal of her

guilty plea. Nor does Defendant’s motion offer any legal authority for such an extraordinary request. Because Defendant has offered absolutely no justification or basis, in law or in fact, her motion to withdraw her guilty plea should be denied and Defendant should be sentenced expeditiously.

**III**

**CONCLUSION**

Based on all of the above, the United States respectfully requests this Court to deny Defendant’s motion.

DATED: August 4, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Mark A. Inciong
MARK A. INCIONG
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following persons, as set forth below on August 7, 2006:

**FRANK FERNANDEZ, ESQ.** **MAIL**
1270 Queen Emma Street
Suite 706
Honolulu, HI 96814
Ph: (808) 585-6111

Counsel for Defendant
CARMEN FREEMAN

**U.S. PROBATION OFFICE** **HAND DELIVERY**
Attn: Neil Tsukayama
District of Hawaii
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

DATED: Honolulu, Hawaii, August 7, 2006.

/s/ M. Derby-Taufa'asau