IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00185 JMS |
| | ) | |
| Plaintiff, | ) | DELCARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| CARMEN FREEMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF COUNSEL

I, FRANK M. FERNANDEZ, hereby declare as follows:

1) That I am an attorney licensed to practice law within the State of Hawaii.

2) That I am the attorney the above-named Defendant in this case.

3) That Defendant CARMEN FREEMAN [hereinafter referred to as "Defendant"], at first, reluctantly pled guilty thinking that it would be in her favor to fight it rather than be convicted of something that she did not knowingly do.

4) That Defendant also felt that her former attorney Clayton Kimoto made it seem that pleading was in her best interest.

5) That Defendant believed that she should try to fight instead of being sentenced for something that the other co-defendant in this case, Kavekini Narabe, was supposed to be convicted of.

6) That your Declarant is filing this Memorandum in Support of Motion to Withdraw Guilty Plea in good faith.

4

      7)    That your Declarant respectfully requests that the Court grant Defendant's Motion.

I DO HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, August 10, 2006.

_____
FRANK M. FERNANDEZ