## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00185 JMS |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| CARMEN FREEMAN, | ) | |
| | ) | |
| Defendant . | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I DO HEREBY CERTIFY that a copy of the foregoing was duly served

this date upon the following:

Honorable Michael Seabright
PJKK Federal Building
300 Ala Moana Blvd., Rm.6100
Honolulu, Hawaii 96813

Mark A. Inciong CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Florence T. Nakakuni #2286
Chief, Narcotics Section

Edward H. Kubo, Jr. #2499
United States Attorney
District of Hawaii

DATED:  Honolulu, Hawaii, August 10, 2006.

_____
FRANK M. FERNANDEZ
Attorney for Defendant