# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 05-00185JMS-02

CASE NAME: United States of America vs. Carmen Freeman

ATTYS FOR PLA: Jonathan Loo for Mark Inciong

ATTYS FOR DEFT: Frank Fernandez

INTERPRETER:

| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
|---|---|---|---|
| DATE: | 8/14/2006 | TIME: | 10:40 - 11:20 |

COURT ACTION:  Motion to Withdraw Guilty Plea:

Defendant present with counsel Frank Fernandez.

CST:  Carmen Freeman

Government's Exhibit "A" marked for identification.

Arguments made.

Motion to Withdraw Guilty Plea - GRANTED.

Jury Selection and trial to follow - December 12, 2006 @ 9:30 a.m.
Final Pretrial Conference - November 6, 2006 @ 10:00 a.m. before Magistrate Chang.
Motions due - October 30, 2006.
Response due - November 13, 2006.

The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court orders that the period from March 10, 2006 to and including December 12, 2006 be excluded from computation under the Speedy Trial Act as a failure to grant the motion would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due deligence.

Mr. Loo to prepare Stipulation and Order regarding Speedy Trial.
Submitted by:  Dottie Miwa, Courtroom Manager

Case 1:05-cr-00185-JMS    Document 94    Filed 08/14/2006    Page 2 of 2