EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Drug/Organized Crime Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Jonathan.Loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00185 JMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| CARMEN FREEMAN,         (2) | ) | |
| | ) | |
| Defendant. | ) | NEW TRIAL DATE: 12/12/06 |
| | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

On August 10, 2006, defendant filed a motion to withdraw her guilty plea which was entered on March 10, 2006.  On August 14, 2006, after conducting an evidentiary hearing and considering the arguments of counsel, the Court granted defendant's motion to withdraw her guilty plea.

IT IS HEREBY STIPULATED by and between the parties and their respective counsel herein and ordered by the Court that this case be set for a jury trial on December 12, 2006, at 9:00 a.m., before United States District Judge J. Michael Seabright. A Final Pretrial Conference will be held on November 6, 2006 at 10:00 a.m. before Magistrate Judge Kevin S. C. Chang.  Defense motions are due October 30, 2006, and the Government's responses are due November 13, 2006.

IT IS FURTHER STIPULATED and the Court finds that the time period beginning and including March 10, 2006, to and including August 10, 2006, be excluded from the computations required by the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(a) and (B)(i) on the grounds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendants in a speedy trial.  The Court bases this finding on the fact that failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice. See United States v. Artabane, 868 F.Supp. 76 (M.D.Pa. 1994).

IT IS FURTHER STIPULATED and the Court finds that the time period beginning and including August 10, 2006, to and including December 12, 2006, be excluded from the computations required by the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) on the grounds that the ends of justice

served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. The Court bases this finding on the fact that Defendant's counsel need additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendant continuity of counsel and would further deny the Defendant the reasonable time necessary for effective preparation, taking into account due diligence.

    IT IS SO STIPULATED:

    DATED: August 23, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

          By /s/ Jonathan M. F. Loo
              JONATHAN M. F. LOO
              Assistant U.S. Attorney

            /s/ Frank M. Fernandez
            FRANK M. FERNANDEZ, ESQ.
            Attorney for Defendant
            CARMEN FREEMAN

    IT IS APPROVED AND SO ORDERED:

    DATED: Honolulu, Hawaii, August 23, 2006.



                          J. Michael Seabright
                          United States District Judge

UNITED STATES v. CARMEN FREEMAN,. Cr. No. 05-00185 JMS; "Stipulation and Order Continuing Trial and To Exclude Time"