ORIGINAL

FRANK M. FERNANDEZ #4219
1270 Queen Emma St. # 706
Honolulu, Hawaii 96813

Attorney for Defendant
CARMEN FREEMAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 3 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| UNTIED STATES OF AMERICA | ) Cr. No. 05-00185 JMS |
|---|---|
| Plaintiff | ) MOTION TO WITHDRAW |
| | ) AS COUNSEL; DECLARATION |
| | ) OF COUNSEL; CERTIFICATE |
| vs | ) OF SERVICE |
| CARMEN FREEMAN | ) |
| Defendant(s) | ) |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, FRANK M. FERNANDEZ, and hereby files this Motion to Withdraw as Counsel for Defendant, CARMEN FREEMAN. This Motion is based upon the attached declaration of counsel.

DATED: Honolulu, Hawaii _____, 2006.

_____
FRANK M. FERNANDEZ
Attorney for Defendant
 CARMEN FREEMAN