## IN THE UNTIED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Cr. No. 05-00185 JMS |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| | ) |
| CARMEN FREEMAN | ) |
| | ) |
| | ) |
| Defendant(s) | ) **DECLARATION OF COUNSEL** |
| | ) |

## DECLARATION OF COUNSEL

I, FRANK M. FERNANDEZ, hereby declares as follows;

1.  That I am  an Attorney licensed to practice law within the State of

    Hawaii;

2.  That I am the Attorney for the above named Defendant in this case;

3.  That I have filed the Motion to Withdraw as Counsel for Defendant

    CARMEN FREEMAN;

4.  That Defendant has only paid a nominal amount of Attorney's fees in

    the case and cannot pay anymore attorney's fees;

5.  That your Declarant wishes to withdraw as counsel for Defendant;

6.  That your Declarant brings this Motion in Good Faith;

7.  That your Declarant respectfully requests that, this Court GRANT this
    Motion.


        FURTHER DECLARANT SAYETH NAUGHT.


            DATED:  Honolulu, Hawaii_____,2006


                    _____
                    FRANK M. FERNANDEZ
                    Attorney for Defendant
                    CARMEN FREEMAN