IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 05-00185 JMS |
| ) | |
| vs ) | |
| ) | |
| CARMEN FREEMAN ) | |
| ) | |
| Defendant ) | |
| ) | NOTICE OF MOTION |
| _____ ) | |

## NOTICE OF MOTION

TO:   Mark A. Inciong
      Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Bldg., Room 6-100
      Honolulu, HI 96850

PLEASE TAKE NOTICE that the foregoing motion will be presented before the Honorable _____, Judge of the above entitled court, in the courtroom of said Judge in the:

[___] United States Courthouse, 300 Alamoana Blvd, Honolulu, Hawaii

[___] Kaahumanu Hale, 777 Punchbowl Street, Honolulu, Hawaii

[___] Kauikeaouli Hale, 1111 Alakea Street, Courtroom ____, Honolulu, Hawaii

On _____ at the hour of _____.m., of said day, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii \_\_\_\_10/31\_\_\_\_, 2006.

                                                      FRANK M. FERNANDEZ
                                                      Attorney for Defendant
                                                      CARMEN FREEMAN