## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing document was duly delivered to the following via;

|  | **U.S. MAIL** | **HAND DELIVERY** (Court Jacket) |
|---|---|---|
| To: Mark A. Inciong CA BAR#163443<br>Assisted United States Attorney<br>PJKK Federal Building<br>300 Alamoana Bldg., Room 6-100<br>Honolulu, HI 96850 | ( ) | ( x ) |
| Honorable Michael J. Seabright<br>U.S. District Court<br>300 Alamoana Blvd. Rm. C-435<br>Honolulu, Hawaii 96850 | ( ) | ( x ) |
| Public Defenders Office<br>1130 Nimitz Highway<br>Suite A-135 Hon. HI. 96817 | ( ) | ( x ) |

DATED: Honolulu, Hawaii _10/31_, 2006.

_____
FRANK M. FERNANDEZ
Attorney for Defendant
  CARMEN FREEMAN