# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/6//2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00185JMS

CASE NAME:       USA v. (02) Carmen Freeman

ATTYS FOR PLA:   Beverly Sameshima for Mark Inciong

ATTYS FOR DEFT:  (02) Frank Fernandez

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    11/6/2006                  TIME:       10:05-10:08am

COURT ACTION:  EP:  Final Pretrial Conference - defendant present, not in custody.

The court is in receipt of the Motion to Withdraw as Counsel and is disinclined to grant said motion. Motion to Withdraw shall be set for 11/9/06 at 10:00am before Judge Chang.

Final Pretrial Conference also continued to 11/9/06 at 10:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager