# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/09/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00185JMS

CASE NAME:       United States of America Vs. (02) Carmen Freeman

ATTYS FOR PLA:   Mark A. Inciong

ATTYS FOR DEFT:  (02) Frank M. Fernandez

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6-FTR-10:19:24 |
| DATE: | 11/09/2006 | TIME: | l0:19am-l0:27am |

COURT ACTION:  EP: As to Defendant (02) Carmen Freeman-Motion to Withdraw as Counsel-Defendant present not in Custody.  Oral Argument held.  This Motion is hereby Granted.  Court Appointed Counsel will be appointed for this Defendant.  Defendant's Counsel Frank M. Fernandez to prepare the Order.

Final PreTrial Conference set for 11/9/2006 continued to 11/13/2006 @l0:00 a.m. before Judge Chang.

Submitted by Leslie L. Sai, Courtroom Manager


Submitted by Leslie L. Sa