# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/13//2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00185JMS

CASE NAME:        USA v. (02) Carmen Freeman

ATTYS FOR PLA:    Mark Inciong

ATTYS FOR DEFT:   (02) Emmett Lee Loy

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5

DATE:     11/13/2006                 TIME:        10:01-10:04:02am

COURT ACTION:  EP:  Final Pretrial Conference - defendant present, not in custody.

Defendant's oral request to continue trial is granted.

Jury Selection/Trial: 2/6/07, 9:00am, Judge Seabright
Final Pretrial Conference: 1/8/07, 10:00am, Judge Chang
Motions due: 12/29/06
Response due:  1/12/07

The court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The court orders that the period from 12/12/06 to and including 2/6/07 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Government to prepare the order

Submitted by: Shari Afuso, Courtroom Manager