# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 05-185JMS-02

CASE NAME: United States of America vs. Carmen Freeman

ATTYS FOR PLA: Florence Nakakuni for Mark Inciong

ATTYS FOR DEFT: Emmett Lee Loy

INTERPRETER:

JUDGE: J. Michael Seabright     REPORTER: Sharon Ross

DATE: 12/18/2006     TIME: 11:00 - 11:45

COURT ACTION: Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present with counsel Emmett Lee Loy.

Defendant sworn.  Questioned by Court.

Advised of her constitutional rights, provisions of the Sentencing Guidelines.

Court read Count 1 of the Second Superseding Indictment to defendant.

Advised of the maximum and minimum penalties provided by law.

Ms. Nakakuni recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Ms. Nakakuni summarized the government's evidence against the defendant.
The defendant admitted her involvement in this case.

Guilty plea entered to Count 1 of the Second Superseding Indictment.  Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing set for Monday, April 9, 2007 at 2:15 p.m before the Honorable J. Michael Seabright.

BAIL: Ordered that defendant remain on bail under the same terms and conditions as previously imposed by Magistrate Judge.
Submitted by:   Dottie Miwa, Courtroom Manager