EMMETT E. LEE LOY #5689
758 Kapahulu Ave., #429
Honolulu, Hawaii 96816
Tel. No. (808) 922-0455

Attorney for Defendant
CARMEN FREEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00185 JMS-02 |
| Plaintiff, ) | **DEFENDANT CARMEN FREEMAN'S SENTENCING STATEMENT;** |
| vs. ) | CERTIFICATE OF SERVICE |
| CARMEN FREEMAN, (02) ) | |
| Defendant. ) | Sentencing Hearing Date: Date: April 9, 2007 Time: 2:15 p.m. Judge: The Honorable J. Michael Seabright |

**DEFENDANT CARMENT FREEMAN'S SENTENCING STATEMENT**

The Defendant, CARMEN FREEMAN, has no objection to the draft Presentence Report (DPSR) of U.S. Probation Officer Neil W. Tsukayama of February 2, 2007.

DATED: February 12, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EMMETT E. LEE LOY
Attorney for Defendant
CARMEN FREEMAN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document, **CARMEN FREEMAN'S SENTENCING STATEMENT**, and this Certificate of Service, were duly served upon the following persons:

>MARK A. INCIONG (HAND-DELIVERED)
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6-100
>Honolulu, Hawaii, 96850
>
>-and-
>
>NEIL W. TSUKAYAMA (HAND-DELIVERED)
>U.S. Probation Officer
>PJJK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, February 13, 2007.

_____
EMMETT E. LEE LOY
Attorney for Defendant
CARMEN FREEMAN