ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at __ o'clock and __ min __ M
SUE _____, CLERK

cc: Dottie

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. CARMEN FREEMAN          CRIMINAL NO. 05-00185JMS-02

Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant CARMEN FREEMAN, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since August 30, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

   The defendant has violated the conditions of pretrial release by:

   Admitting to snorting cocaine on March 3, 2007, in violation of Special Condition No. 10.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked.

ORDER OF COURT

I declare under penalty of perjury that the foregoing is true and correct.

Considered and ordered this 9th day of March, 2007 and ordered filed and made a part of the records in the above case.

Executed on: March 9, 2007

J. MICHAEL SEABRIGHT
U.S. District Judge

ALISON G.K. THOM
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii