# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/19/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 05-00185JMS-02

CASE NAME:         United States of America vs. Carmen Freeman

ATTYS FOR PLA:     Mark A. Inciong

ATTYS FOR DEFT:    Emmett Lee Loy

U.S.P.S:           Alison Thom

JUDGE:   J. Michael Seabright          REPORTER:   Cynthia Fazio

DATE:    03/19/2007                    TIME:       11:00 - 11:10

COURT ACTION:  Order to Show Cause Why Pretrial Release Should Not Be Revoked:

Defendant present with counsel Emmett Lee Loy.

Defendant admitted to snorting cocaine on March 3, 2007, in violation of Special Condition No. 10.

Court revoked defendant's pretrial release and ordered that defendant be remanded to the custody of the U. S. Marshals.

Submitted by:  Dottie Miwa, Courtroom Manager